IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
EASTERN DIVISION

| | |
|---|---|
| KADESISHA JONES, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL CASE NO. 3:23-cv-34-ECM |
| | ) |
| SAUGAHATCHEE COUNTRY CLUB, | ) |
| | ) |
| Defendant. | ) |

**MEMORANDUM OPINION and ORDER**

On June 12, 2024, the Magistrate Judge entered a Recommendation (doc. 31) to which no timely objections have been filed. Upon an independent review of the file and upon consideration of the Recommendation, it is

ORDERED as follows:

1. The Recommendation of the Magistrate Judge (doc. 31) is ADOPTED;

2. The Defendant's motion to dismiss (doc. 17) is converted to a motion for summary judgment, and the motion for summary judgment (doc. 17) is GRANTED as to the Plaintiff's Title VII claims for race and sex discrimination;

3. The Plaintiff's amended complaint (doc. 9) is DISMISSED without prejudice for failure to comply with the Federal Rules of Civil Procedure and the Orders of this Court;

4. The Plaintiff's second amended complaint, if she chooses to file one, shall be filed **on or before July 30, 2024**. The second amended complaint shall comply with the Federal Rules of Civil Procedure and Section VII of the Magistrate Judge's Recommendation (*see, e.g.*, doc. 31 at 14–15);

5. This case is REFERRED back to the Magistrate Judge for further proceedings.

DONE this 9th day of July, 2024.

                                        /s/ Emily C. Marks  
                                EMILY C. MARKS  
                                CHIEF UNITED STATES DISTRICT JUDGE